| AUSA: | Ann Nee | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Dustin Swensson | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

   v.

Jarrett La Monte EDWARDS

Case No.   26-30066

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 5, 2024 _____ in the county of _____ Washtenaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dustin Swensson, Special Agent (FBI)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  February 9, 2026

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

1

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Jarrett La Monte Edwards for violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography).

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.      This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Edwards has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6.      In February 2025, FBI Detroit executed a federal search warrant in the Eastern District of Michigan at the residence of, and on the person of, Subject-1, an individual whose identity is known to law enforcement. Subject-1 had previously been identified as having distributed child pornography, via a mobile messaging application, with another subject of an FBI investigation. Subject-1's cellular phone was seized during the search.

7.      A forensic review of Subject-1's phone revealed that he traded images and videos which met the federal definition of child pornography with multiple

individuals. One such individual who received child pornography from Subject-1 was identified as Jarrett La Monte Edwards, residing at an identified residence in Mentor, Ohio.

8.   The forensic review of Subject-1's phone showed that on or around December 5, 2024, Edwards received at least 17 videos containing child pornography from Subject-1 via a mobile messaging application. Within the mobile messaging application on Subject-1's phone, Edwards' display name was "shawn Edwards" and his username was "@shawnsmithboi3".

9.   On December 5, 2024, Edwards received at least three videos containing child pornography from Subject-1 including the following:

    a.   A video of a man anally penetrating a male infant with his penis.

    b.   A video of a man anally penetrating a female toddler with his penis.

    c.   A video of a man anally penetrating a prepubescent boy with his penis.

10.   During their chat on the mobile messaging application, Edwards and Subject-1 also discussed their mutual sexual interest in children. The following is an example of the chat from October and December 2024.

October 23, 2024:
**Subject-1:** Have you dittled a kid yet?
**@shawnsmithboi3:** Lol no

3

December 5, 2024:

**Subject-1:** Do you want to trade porn

**Subject-1:** I have really good stuff

**@shawnsmithboi3:** Like ?

**Subject-1:** You like boys or girls?

**@shawnsmithboi3:** Boys

**Subject-1:** *sends at least 11 videos containing child pornography, including three videos depicting adult men anally penetrating toddlers with their penises.*

**@shawnsmithboi3:** I like this one (This statement was accompanied by a link to a child pornography video previously received from Subject-1 which depicted a minor boy inserting a sex toy into his anus.)

**....**

**Subject-1:**  Trade

**@shawnsmithboi3:** Dude I gave you a lot

**Subject-1:** So did I

**@shawnsmithboi3:** Lol

**@shawnsmithboi3:** You giving baby stuff don't like

**@shawnsmithboi3:** Ages 10+

**Subject-1**: Me too

**Subject-1**: 12 is the sweet age

**@shawnsmithboi3:** Lol

**Subject-1:** You don't agree

**@shawnsmithboi3:** I do actually

4

11. Law enforcement confirmed Edwards' identity through several sources using the mobile messaging application profile saved in Subject-1's phone.

12. Information received from the mobile messaging application company, pursuant to an administrative subpoena, listed telephone number XXX-XX-7491 as being connected to the "@shawnsmithboi3" account.

13. Information received from AT&T, pursuant to an administrative subpoena, listed the subscriber for telephone number XXX-XX-7491 as Jarrett Edwards of an identified residence in Ohio.

14. The FBI executed a search warrant at Edward's residence in Mentor, Ohio on April 4, 2025. During the execution of this search warrant Edwards was interviewed by the FBI and admitted to using the username "shawnsmithboi3". Edwards also admitted to receiving and sending child pornography via the mobile messaging application. Edwards stated he worked as an escort and was not personally interested in child pornography.

## CONCLUSION

15.    Based on the foregoing, there is probable cause to believe that Jarrett La Monte Edwards committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography).

Respectfully submitted,

_____
Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE